# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADRIAN JIMENEZ,**                                                                    **PLAINTIFF**

v.                          Case No. 4:22-cv-00439-KGB

**CLARK, Sergeant, Pulaski County**
**Detention Center,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Adrian Jimenez's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 18th day of July, 2022.

_____
Kristine G. Baker
United States District Judge